# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

FILED
2011 APR 26 AM 11:57
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

MICHAE PATTERSON

_____

(Full name of the Plaintiff(s) in this action)

v.

NBC UNIVERSAL INC.

_____

CIVIL ACTION NO. 1:11CV-68-R
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I. **PARTIES**

   (A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

   (1) Name of Plaintiff: Michael Patterson

   Place of Confinement: Luther Luckett Correctional Complex, ~~LaGrange, Kentucky~~

   Address: P.O. Box 6 LaGrange, KY 40031

   Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE ( )

   (2) Name of Plaintiff: _____

   Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _NBC Universal Inc._____ is employed as _television broadcaster_ at _NBC Universal Inc._____.

The Defendant is being sued in his/her ( X ) individual and/or ( ___ ) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( ___ ) individual and/or ( ___ ) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( ___ ) individual and/or ( ___ ) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( ___ ) individual and/or ( ___ ) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1. Injury to Rights - On 10-21-07 NBC held a sting in Bowling Green, Kentucky and lured Michael Patterson to the sting house after Mr. Patterson had already told them "no". Patterson had began talking to "decoy" the night of 10-20-07 in an "Adult" chatroom and tried to explain to her that she was too young. They eventually convinced Patterson to go to the sting house where he was interviewed by Chris Hansen before being arrested by KBI (Kentucky Beareau of Investigation). The events from the sting house has caused Patterson a great amount of mental and emotional stress and has ruined his reputation as a loving, caring, law abiding citizen. NBC has also produced libel, slander and defamatory statements about the suspect before he ever had a chance for a fair trial.

2. Media Ride Along - On 10-21-07, the media (NBC) was at the sting house, in the police car as they took suspect to the Sherriff's Department and at the search of suspects car, recording without suspects prior knowledge that they would be present before signing the "consent to search" form. They were not to have the media present in the police car on the way to the Sherriff's Department and at the search of suspects car.

3. Invasion of Privacy - On 10-21-07, media (NBC) was present and

4

## III. STATEMENT OF CLAIM(S) continued

recording the interior of suspects car during the search. They were also in suspects face with the camera with police consent during the search. Media was not suppose to be in suspects face with camera and was not suppose to be present and recording the interior of suspects car.

4. Unreasonable search & seizure - On 10-21-07, the police had NBC present and recording the search of suspects car without suspects consent and without informing suspect the media would be present and recording. Police were suppose to inform suspect of medias being present before he signed the "consent to search" form, but they never did.

5. Overly intruding into law enforcement operation - On 10-21-07, NBC persuaded Bowling Green Police Department or KBI (Kentucky Beareau of Investigation) to let them become active participants in the Bowling Green, Kentucky sting operation by letting Chris Hansen interview suspect before police arrested and interviewed and also to assist in getting footage for tv show "To Catch a Predator" media (NBC) was present for commercial programming only.

6. Zones of Privacy - On 10-21-07, while Michael Patterson was arrested, handcuffed and in the police car, NBC media was also in car recording him on camera. Also NBC camera was in Patterson's face during the search of his car to the point camera almost touched his face.

7. Harrassment - On unknown date, but two to three months after 10-21-07, -

5

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

NBC Dateline put a link on their website to their affiliates/employees, Perverted Justices website so the public could see the conversation between suspect and "decoy". The conversation yet to be removed. Patterson is being harrassed in this manner.

8. Intentional Disclosure of Private Facts - On a date plaintiff does not recall, but 2 or 3 months after 10-21-07, NBC aired the segment of "To Catch a Predator" from the Bowling Green, Kentucky sting. On that segment NBC disclosed parts of conversation between suspect and "decoy". The conversation was part of the suspects criminal discovery and was suppose to be confidential information. Suspect had not been convicted of anything at the time. This violated suspects confidential right to confidentiality.

9. Intentional Intrusion on Right to be left alone - ~~Between~~ On the night of 10-20-07 suspect had told "decoy" "no", when she asked about meeting in person. "Decoy" knew suspects vulnerability would wear on him and he would cave in if pressured enough. "Decoy" played on suspects emotions until they got him to drive to the sting house. If not for the greed of NBC wanting ratings and Perverted Justice being paid by NBC then plaintiff would never have

4

## III. STATEMENT OF CLAIM(S) continued

been caught up in the sting. Suspect/Plaintiff had already told "decoy", "no", to the meeting because she was "too young". There was no need for "decoy" to continue pressuring him to meet.

10. Violating Journalistic Code of Ethics - On 10-21-07, NBC showed no regard for any of the Journalistic Code of Ethics by producing the tv show "To Catch a Predator". These Code of ethics were made to help keep an honorable and respectable system within journalism. By violating these codes a journalist also violates a persons constitutional rights to privacy.

11. Deliberate Indifference - On 10-21-07, NBC persuaded police to engage in arrest tactics for dramatic effect to make sensational television footage, in a manner that broadcaster knew would humiliate suspect being arrested. Suspects rights were violated by turning an arrest into a staged performance for television entertainment.

12. Negligence - On 10-21-07, NBC neglected all the civil rights violations that the show performed from the lawsuit by the sister of a victim of NBC's, that committed suicide because of "To Catch a Predator" show. NBC showed no care for the violations and performed another show in Bowling Green, Kentucky. This violated Constitutional rights of the new victims preyed upon by neglecting to care about civil rights.

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__x__ award money damages in the amount of $ __40,000,000. (Fourty million dollars)__

__x__ grant injunctive relief by __taking all information about Patterson off their website and tv.__

__x__ award punitive damages in the amount of $ __40,000,000 (Fourty million dollars)__

_____ other: _____

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __22__ day of __April__, 20__11__.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __April 22, 2011__.

_____
(Signature)

6